**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00457-CR**
_____

**DAVID EARL SEGURA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 12-14198**

**MEMORANDUM OPINION**

Pursuant to a plea bargain agreement, appellant David Earl Segura entered a plea of guilty to the offense of aggravated robbery. *See* Tex. Penal Code Ann. § 29.03(a)(3)(A) (West 2011). The trial court found the evidence sufficient to find Segura guilty, but deferred finding him guilty. The trial court placed Segura on community supervision for ten years and assessed a fine of $1,000. The State subsequently filed a motion to revoke Segura's community supervision. Segura pled "true" to violating a condition of his community supervision. After a hearing on the State's motion to revoke, the trial court found that Segura violated a condition of his community supervision order, found Segura guilty of aggravated

1

robbery, revoked Segura's unadjudicated community supervision, and imposed a sentence of thirty-five years of confinement.

Segura's appellate counsel filed an *Anders* brief. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). Counsel's brief presents his professional evaluation of the record and concludes there are no arguable grounds to be advanced in this appeal. Counsel provided Segura with a copy of this brief. We granted an extension of time for appellant to file a pro se brief. We received no response from Segura.

We have independently reviewed the clerk's record and the reporter's record, and we agree with Segura's appellate counsel that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief Segura's appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
CHARLES KREGER
Justice

Submitted on April 1, 2014
Opinion Delivered April 9, 2014
Do not publish

Before McKeithen, C.J., Kreger, and Johnson, JJ.

---

[1] Segura may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.